# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*
US TEXTILE & APPAREL INC
414C N MAIN ST
BISCOE NC 27209

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684214 | 05/08/2019 | 05/20/2019 | $ 39,686.72 | 034912-2019 | 04/29/2019 | -$ 2,176.84 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | 946-79306-2019 | 05/02/2019 | - 48.60 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0032-2019 | 03/11/2019 | 226.32 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0033-2019 | 03/11/2019 | 5,060.52 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0034-2019 | 03/11/2019 | 297.89 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0035-2019 | 03/11/2019 | 2,510.46 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0036-2019 | 03/11/2019 | 2,524.88 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0037-2019 | 03/11/2019 | 3,279.37 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0038-2019 | 03/11/2019 | 53.47 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0039-2019 | 03/11/2019 | 173.13 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0040-2019 | 03/11/2019 | 235.65 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0041-2019 | 03/11/2019 | 398.04 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0042-2019 | 03/11/2019 | 28.29 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0043-2019 | 03/11/2019 | 28.29 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0044-2019 | 03/11/2019 | 45.12 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0045-2019 | 03/11/2019 | 53.32 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0046-2019 | 03/11/2019 | 94.35 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0047-2019 | 03/11/2019 | 196.90 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0048-2019 | 03/11/2019 | 256.45 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0049-2019 | 03/11/2019 | 431.42 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0050-2019 | 03/11/2019 | 364.24 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0051-2019 | 03/11/2019 | 3,183.19 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0052-2019 | 03/11/2019 | 2,699.15 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0053-2019 | 03/11/2019 | 5,164.48 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0054-2019 | 03/11/2019 | 7,445.22 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | INV-0055-2019 | 03/11/2019 | 7,389.91 |
| 684214 | 05/08/2019 | 05/20/2019 | 39,686.72 | PT0023165-2019 | 04/25/2019 | - 227.90 |
| 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | 901165 | 05/09/2019 | - 1,800.00 |
| 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | 948-79306-2019 | 05/09/2019 | - 4.35 |
| 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | 950-79306-2019 | 05/16/2019 | - 13.56 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | 952-79306-2019 | 05/30/2019 | - 5.10 |
| 43 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | 954-79306-2019 | 06/06/2019 | - 4.35 |
| 44 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0057-2019 | 03/28/2019 | 5,060.52 |
| 45 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0058-2019 | 03/28/2019 | 297.89 |
| 46 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0059-2019 | 03/28/2019 | 2,510.46 |
| 47 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0060-2019 | 03/28/2019 | 2,524.88 |
| 48 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0061-2019 | 03/28/2019 | 3,279.37 |
| 49 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0062-2019 | 03/19/2019 | 431.42 |
| 50 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0063-2019 | 03/19/2019 | 364.24 |
| 51 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0064-2019 | 03/19/2019 | 3,183.19 |
| 52 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0065-2019 | 03/19/2019 | 2,699.15 |
| 53 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0066-2019 | 03/19/2019 | 5,164.48 |
| 54 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0067-2019 | 03/19/2019 | 7,445.22 |
| 55 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0068-2019 | 03/19/2019 | 7,389.91 |
| 56 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0077-2019 | 04/15/2019 | 240.46 |
| 57 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0078-2019 | 04/15/2019 | 226.32 |
| 58 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0079-2019 | 04/15/2019 | 4,530.92 |
| 59 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0080-2019 | 04/15/2019 | 53.47 |
| 60 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0081-2019 | 04/15/2019 | 173.13 |
| 61 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0082-2019 | 04/15/2019 | 235.65 |
| 62 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0083-2019 | 04/15/2019 | 398.04 |
| 63 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0084-2019 | 04/15/2019 | 2,005.48 |
| 64 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0085-2019 | 04/15/2019 | 229.15 |
| 65 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0086-2019 | 04/15/2019 | 2,015.10 |
| 66 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0087-2019 | 04/15/2019 | 2,619.94 |
| 67 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0088-2019 | 04/15/2019 | 28.29 |
| 68 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0089-2019 | 04/15/2019 | 28.29 |
| 69 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0090-2019 | 04/15/2019 | 45.12 |
| 70 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0091-2019 | 04/15/2019 | 53.32 |
| 71 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0092-2019 | 04/15/2019 | 196.90 |
| 72 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0093-2019 | 04/15/2019 | 94.35 |
| 73 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0094-2019 | 04/15/2019 | 2,104.35 |
| 74 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0095-2019 | 04/15/2019 | 256.45 |
| 75 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0096-2019 | 04/15/2019 | 4,893.47 |
| 76 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0097-2019 | 04/15/2019 | 4,930.66 |
| 77 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0098-2019 | 04/15/2019 | 3,425.21 |
| 78 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0099-2019 | 04/15/2019 | 1,788.49 |
| 79 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | INV-0100-2019 | 04/15/2019 | 286.43 |
| 80 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | PT0023330-2019 | 05/16/2019 | - 182.61 |
| 81 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | PT0023381-2019 | 05/23/2019 | - 141.04 |
| 82 | 686355 | 06/26/2019 | 07/17/2019 | 68,727.74 | PT0023432-2019 | 05/30/2019 | - 330.97 |
| 83 | TOTAL | | | $ 108,414.46 | 96 | | |